# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

160991

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

**TOWNSHIP OF FRASER,**
           **Plaintiff-Appellant,**

v

**HARVEY HANEY and RUTH ANN HANEY,**
           **Defendants-Appellees.**

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160991
COA: 337842
Bay CC: 16-003272-CH

On order of the Court, the application for leave to appeal the January 21, 2020 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether MCL 600.5813 applies to municipalities seeking to enjoin zoning ordinance violations. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Michigan Townships Association, the Michigan Municipal League, the Government Law Section of the State Bar of Michigan, and the Real Property Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



t1118

Clerk